IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTINA L. BUSSARD,<br><br>Defendant. | PO 25-5030-BU-KLD<br>PO 25-5031-BU-KLD<br><br>VIOLATION(s):<br>F0HW001B<br>F0HW001C<br>Location Code: M4B<br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the citations are **DISMISSED**, without prejudice.

**IT IS FURTHER ORDERED** that the bench trial scheduled for April 21, 2026, is **VACATED**.

DATED this _____ day of April 2026.

KATHLEEN L. DESOTO
United States Magistrate Judge